**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

|  |  |  |
|---|---|---|
| **PATRICK DUNN,** | ) | **CIVIL ACTION NO.** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **3:19-cv-00041-RV-EMT** |
| **WOB DESTIN, LLC** | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT AND MOTION TO DISMISS WITH PREJUDICE

**COMES NOW**, the undersigned and hereby notices the Clerk and Court that a settlement has been reached with Defendant and the Plaintiff requests this cause be dismissed with prejudice.


**/s/ Michael F. Braun**
_____

**Michael F. Braun**
Attorney for the Plaintiffs
4001 Carmichael Rd, Suite 570
Montgomery, AL 36106
Telephone: (334) 260-0529

CERTIFICATE OF SERVICE
        I hereby certify that on the 1st day of May 2019 the undersigned served via the Court's electronic filing system the below listed counsel of record with a copy hereof.


**/s/ Michael F. Braun**
_____

**Michael F. Braun**

Kelly Davis
Quarles & Brady, LLP
1395 Panther Ln.
Ste. 300
Naples, FL 34109

1